**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANGELA DAVIS,** *et al.*<br><br>   Plaintiffs,<br><br>   v.<br><br>**THE PROCTER & GAMBLE COMPANY,**<br><br>   Defendant. | Case No.: 20-CV-3220 YGR<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>**DKT. NO. 17** |

In light of the filing of the First Amended Class Action Complaint (Dkt. No. 18), the pending motion to dismiss (Dkt. No. 17) is **DENIED AS MOOT**.

This terminates Docket No. 17.

**IT IS SO ORDERED**.

Date: July 31, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**