SQUIRE PATTON BOGGS (US) LLP
Eric J. Knapp (State Bar # 214352)
eric.knapp@squirepb.com
Alfredo W. Amoedo (State Bar # 287901)
alfredo.amoedo@squirepb.com
275 Battery Street, Suite 2600
San Francisco, California  94111
Telephone:	+1 415 954 0200
Facsimile:	+1 415 393 9887
Attorneys for Defendant
The Procter & Gamble Company


Attorneys for Defendant
The Procter & Gamble Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANGELA DAVIS, DEANNA LOPEZ, and URSULA RILEY, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE PROCTER & GAMBLE COMPANY, <br><br> Defendant. | Case No. 4:20-cv-03220-YGR <br><br> **JOINT NOTICE OF RESOLUTION** <br><br> Judge:  Yvonne Gonzalez Rogers |

Plaintiffs Angela Davis, Deanna Lopez, and Ursula Riley (collectively, "Plaintiffs") and Defendant The Procter & Gamble Company ("P&G") (together, the "Parties") hereby provide notice to the Court that the Parties have reached a consensual resolution of all allegations contained in the operative Complaint (Doc. 18). The Parties anticipate finalizing the resolution within 30 days after the date of this Notice. The Parties will file a joint stipulation of dismissal shortly thereafter.

Dated: January 5, 2021                                   Respectfully submitted,

**AHDOOT & WOLFSON, PC**

By: */s/ Christopher E. Stiner*
     Christopher E. Stiner

Attorney for Plaintiffs

**SQUIRE PATTON BOGGS (US) LLP**

By: */s/ Eric J. Knapp*
     Eric J. Knapp

Attorneys for Defendant
The Procter & Gamble Company