AHDOOT & WOLFSON, PC
Robert R. Ahdoot (SBN 172098)
*rahdoot@ahdootwolfson.com*
Christopher E. Stiner (SBN 276033)
*cstiner@ahdootwolfson.com*
2600 West Olive Ave., Suite 500
Burbank, California 91505
Tel: (310) 474-9111
Fax (310) 474-8585

*Attorneys for Plaintiffs*

SQUIRE PATTON BOGGS (US) LLP
Eric J. Knapp (State Bar # 214352)
eric.knapp@squirepb.com
Alfredo W. Amoedo (State Bar # 287901)
alfredo.amoedo@squirepb.com
275 Battery Street, Suite 2600
San Francisco, California  94111
Telephone:     +1 415 954 0200
Facsimile:     +1 415 393 9887

*Attorneys for Defendant*
*The Procter & Gamble Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANGELA DAVIS, DEANNA LOPEZ, and URSULA RILEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>Defendant. | Case No. 4:20-cv-03220-YGR<br>ORDER GRANTING<br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)**<br><br>Judge:  Yvonne Gonzalez Rogers |

**JOINT STIPULATION FOR DISMISSAL**
CASE NO. 4:20-CV-03220-YGR

By and through their respective counsel of record, Plaintiffs Angela Davis, Deanna Lopez and Ursula Riley ("Plaintiffs") and Defendant The Procter & Gamble Company ("P&G"), stipulate and agree as follows:

**JOINT STIPULATION FOR DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiffs and P&G hereby stipulate that the claims of Plaintiffs Angela Davis, Deanna Lopez and Ursula Riley, which are asserted in the First Amended Class Action Complaint (Dkt. 18), are hereby dismissed with prejudice. The Plaintiffs and P&G agree to bear their own costs and fees. This stipulation shall be without prejudice to the claims of the putative class members.

The filing attorney hereby certifies that concurrence in the filing of the document has been obtained from each signatory, in accordance with Local Rule 5-1.

Stipulated to and respectfully submitted:

Dated: February 12, 2021

AHDOOT & WOLFSON, PC

By: */s/ Christopher E. Stiner*
    Christopher E. Stiner

Attorney for Plaintiffs

Dated: February 12, 2021

SQUIRE PATTON BOGGS (US) LLP

By: */s/ Eric J. Knapp*
    Eric J. Knapp

Attorneys for Defendant
The Procter & Gamble Company

**ORDER**

Pursuant to the above stipulation, this action is DISMISSED WITH PREJUDICE as to plaintiffs Angela Davis, Deanna Lopez, and Ursula Riley, and DISMISSED WITHOUT PREJUDICE as to the putative class. IT IS SO ORDERED.

DATE: February 16, 2021

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE